IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cunningham, Sid D | Case Number:  06 B 17285 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/25/08 | Filed:  12/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch:  August 1, 2008
Confirmed:  March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,572.80 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,513.90 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 236.54 |
| Other Funds: | | 1,522.36 |
| Totals: | 5,572.80 | 5,572.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,300.00 | 2,300.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 9,443.72 | 0.00 |
| 5. | First Franklin Financial | Secured | 1,812.36 | 0.00 |
| 6. | Nicor Gas | Unsecured | 42.07 | 420.71 |
| 7. | Comcast Cablevision | Unsecured | 109.32 | 1,093.19 |
| 8. | Ruby Hall | Priority | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 11. | Commercial Credit | Unsecured | | No Claim Filed |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | Fbcs Inc | Unsecured | | No Claim Filed |
| 15. | Unv Fidity | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 13,707.47 | $ 3,813.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 131.29 |
| 6.5% | 105.25 |
| | $ 236.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cunningham, Sid D | Case Number: 06 B 17285 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 12/29/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

